UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ULTIMATE TRUCK & AUTOMOTIVE ACCESSORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT COMMUNICATIONS INCORPORATED, and WEB DESIGN SOLUTIONS, INC., <br><br> Defendants. | No.   2:14-CV-0333-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 30, 2015, the parties filed a stipulated dismissal, ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 17**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of March 2015.

*[signature]*

_____
SALVADOR MENDOZA, JR.
United States District Judge